ANA DOE,

        Plaintiff,

    v.

SCOTTY RHODEN, et al.,

        Defendants.

Case No. 3:25-cv-00804

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Ana Doe, by and through undersigned counsel, hereby moves for a fourteen (14) day extension of time to respond to Defendants Rhoden, Youmans, and Williams' Motions to Dismiss, Dkt. No. 73 (Williams); Dkt. No. 74 (Rhoden); Dkt. No. 75 (Youmans), and Defendants Behrens, Boyette, Hernandez, Higginbotham, Lassiter, and Railey's joint Motion to Dismiss, Dkt No. 92. In support of this Motion, Plaintiff states as follows:

1. On February 10, 2026, Defendants Dustin Williams, Scotty Rhoden, and Sharon Youmans each filed Motions to Dismiss the Second Amended Complaint. *See* Dkt. No. 73 (Williams); Dkt. No. 74 (Rhoden); Dkt. No. 75 (Youmans). The current deadline for Plaintiff to respond to these Motions to Dismiss is March 24, 2026. *See* Dkt. No. 96 (granting Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss).

1

2. On January 19, 2026, six of the nine newly named Defendants—Alissa Behrens, Michael Boyette, Joshua Hernandez, Chelsea Higginbotham, Andrew Lassiter, and Jordon Railey—appeared in this action and filed a joint Motion to Dismiss. Dkt. No. 92. The current deadline for Plaintiff to respond to that Motion to Dismiss is March 24, 2026. *See* Dkt. No. 100 (granting Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' joint Motion to Dismiss).

3. Plaintiff's attorneys are working diligently to prepare her four responses to these Motions to Dismiss. These responses involve extensive review of voluminous video evidence produced by Defendants. In addition to the six videos Defendants have been granted leave to file with the Court, *see* Dkt. Nos. 78, 93, they have produced 62 other videos—68 in total. Some of these videos are multiple hours long, including one video that is six hours long. *See* 1-C010 Medical Cell Doors Hallway, Dkt. No. 76 at 2.

4. Additionally, the Parties are working cooperatively to determine whether they can resolve some or all of Plaintiffs claims for relief, and this short extension will allow time for the Parties to determine whether those ongoing discussions can resolve some or all the claims without the need for further briefing.

5. Plaintiff hereby requests a fourteen (14) day extension of time to respond to Defendants Rhoden, Youmans, and Williams' Motions to Dismiss, Dkt. No. 73 (Williams); Dkt. No. 74 (Rhoden); Dkt. No. 75 (Youmans), and to Defendants Behrens, Boyette, Hernandez, Higginbotham, Lassiter, and Railey's

joint Motion to Dismiss, Dkt No. 92, so that her responses to all pending motions to dismiss be due on April 7, 2026.

6.        Good cause exists to extend Plaintiff's deadline to respond to the Motions to Dismiss. This extension is requested in good faith and not for the improper purpose of undue delay. No party opposes this motion, and no party will be prejudiced as a result.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant a 14-day extension to respond to Defendants Rhoden, Youmans, and Williams' Motions to Dismiss, Dkt. No. 73 (Williams); Dkt. No. 74 (Rhoden); Dkt. No. 75 (Youmans), and to Defendants Behrens, Boyette, Hernandez, Higginbotham, Lassiter, and Railey's joint Motion to Dismiss, Dkt. No. 92, and extend the deadline to **April 7, 2026**.

**LOCAL RULE 3.01(g) CERTIFICATION OF CONFERRAL**

Pursuant to Local Rule 3.01(g), Plaintiff certifies that she has conferred with opposing counsel for all Defendants who have appeared in this matter. Counsel for all Defendants have confirmed that they do not oppose this motion.

Dated: March 23, 2026

GIBSON, DUNN & CRUTCHER LLP

John D. W. Partridge (*pro hac vice*)
M. Scott Campbell (*pro hac vice*)
Ming Lee Newcomb (*pro hac vice*)
Julia Doody (*pro hac vice*)
1900 Lawrence Street
Suite 3000
Denver, CO 80202-2211
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
jpartridge@gibsondunn.com
scampbell@gibsondunn.com
mnewcmb@gibsondunn.com
jdoody@gibsondunn.com


ROBERT & ETHEL KENNEDY HUMAN
RIGHTS CENTER

Sarah E. Decker (*pro hac vice*)
Sarah T. Gillman (*pro hac vice*)
Telephone: (646) 289-5593
Facsimile: (202) 301-2863
1300 19th Street NW, Suite 750
Washington, D.C. 20036
decker@rfkhumanrights.org
88 Pine Street, 8th Floor, Suite 801
New York, NY 10005
gillman@rfkhumanrights.org

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Amy Godshall*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA, INC.
Amy Godshall (FL Bar No. 1049803)
Samuel Lester (FL Bar No. 1043063)
Daniel B. Tilley (FL Bar No. 102882)
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on March 23, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

<u>*s/s Amy Godshall*</u>

Amy Godshall