**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANA DOE,

Plaintiff,

v.

SCOTTY RHODEN, in his official capacity as Sheriff of Baker County, Florida; DUSTIN WILLIAMS, in his individual capacity; LIEUTENANT SHARON YOUMANS, in her individual capacity; DEPUTY JENNIFER WILSON, in her individual capacity; SERGEANT ANDREW LASSITER, in his individual capacity; SERGEANT MICHAEL BOYETTE, in his individual capacity; DEPUTY KELLER SMITH, in his individual capacity; DEPUTY JOSHUA HERNANDEZ, in his individual capacity; LIEUTENANT CASEY GORDON, in his individual capacity; SERGEANT JORDON RAILEY, in his individual capacity; DEPUTY CHELSEA HIGGINBOTHAM, in her individual capacity; DEPUTY ALISSA BEHRENS in her individual capacity; and OFFICERS JOHN AND JANE SMITH 1-X, in their individual capacities,

Defendants.

Case No. 3:25-cv-00804-MMH-SJH

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ana Doe and Defendants Sheriff Scotty Rhoden, in his official capacity as Sheriff of Baker County, Florida; Lieutenant Sharon Youmans; Sergeant Andrew Lassiter; Sergeant Michael Boyette; Deputy Joshua Hernandez; Sergeant Jordon Railey; Deputy Chelsea Higginbotham; Deputy Alissa Behrens; Deputy Keller Smith; Lieutenant Casey Gordon; and Dustin Williams[1], by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Date: April 7, 2026 Respectfully submitted,

[1] Defendant Deputy Jennifer Wilson has not appeared in this matter, and therefore is not a signatory to this Joint Stipulation of Dismissal.

GIBSON, DUNN & CRUTCHER LLP

John D. W. Partridge (pro hac vice)
M. Scott Campbell (pro hac vice)
Ming Lee Newcomb (pro hac vice)
Julia Doody (pro hac vice)
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
jpartridge@gibsondunn.com
scampbell@gibsondunn.com
mnewcmb@gibsondunn.com
jdoody@gibsondunn.com

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF FLORIDA, INC.

*By: /s/ Amy Godshall*
Amy Godshall (FL Bar No. 1049803)
Samuel Lester (FL Bar No. 1043063)
Daniel B. Tilley (FL Bar No. 102882)
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Telephone: (786) 363-2700
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

ROBERT & ETHEL KENNEDY
HUMAN RIGHTS CENTER

Sarah E. Decker (pro hac vice)
Sarah T. Gillman (pro hac vice)
Telephone: (646) 289-5593
Facsimile: (202) 301-2863
1300 19th Street NW, Suite 750
Washington, D.C. 20036
decker@rfkhumanrights.org
88 Pine Street, 8th Floor, Suite 801
New York, NY 10005
gillman@rfkhumanrights.org

*Attorneys for Plaintiff*

Date: April 7, 2026

SPELLMAN LAW, P.A.

*/s/ Matthew J. Carson*
Matthew J. Carson
Florida Bar Number: 0827711
mcarson@spellman.law
905 East Park Avenue
Tallahassee, Florida 32301
T: 850-601-1983

*Attorney for Defendants*
*Sheriff Scotty Rhoden,*
*Lieutenant Sharon Youmans,*
*Sergeant Andrew Lassiter,*
*Sergeant Michael Boyette,*
*Deputy Joshua Hernandez,*
*Sergeant Jordan Railey,*
*Deputy Chelsea Higginbotham,*
*Deputy Alissa Behrens,*
*Deputy Keller Smith,*
*and Lieutenant Casey Gordon*

Date: April 7, 2026

MARKS GRAY, P.A.

*/s/ Leigh F. Rosenbloom*
Leigh F. Rosenbloom
Florida Bar No.: 84622
1200 Riverplace Boulevard, Suite 800
Jacksonville, Florida 32207
P: (904) 398-0900
lrosenbloom@marksgray.com

*Attorney for Defendant Dustin Williams*