**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANA DOE,

Plaintiff,

vs. Case No. 3:25-cv-804-MMH-SJH

SCOTTY RHODEN, in his official capacity as Sheriff of Baker County, Florida, et al.,

Defendants.

---

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 103; Stipulation) filed on April 7, 2026. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.
2. Each party shall bear its own attorneys' fees, costs, and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of April, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record